UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELIN BREWINGTON
   PLAINTIFF

V

DANE M. SHULMAN, ET AL
   DEFENDANTS

CIVIL ACTION

NO. 03-0914-E

05-10934 WGY

## COMPLAINTS

1. Jacquelin Brewington I am a resident of Dorchester, Boston, Massachusetts and a citizen of the United States.

2. Dane M. Shulman is a resident of Boston, Massachusetts and a citizen of the United States.

3. David M. McCarthy is a resident of Boston, Massachusetts and a citizen of the United States.

4. Sheldon S. Ananian is a resident of Boston, Massachusetts and a citizen of the United States.

5. Richard E. Alpert is a resident of Boston, Massachusetts and a citizen of the United States.

6. Judge Kelly is a resident of Boston, Massachusetts and a citizen of the United States.

### Jurisdition

7. This court has juris over this matter pursuant to 28 U.S.C. §1332.

8. On January 7, 1994 I, Jacqueline Brewington had an appointment with the defendant Dane M. Shulman, et al once I got to Dane M. Shulman law office on Blue Hill Ave. The defendants Dane M. Shulman was acting like a nice man once me and the defendant finish up the contract the defendant Dane M. Shulman was trying to take my copy of the contract from me that same day.

9. I, Jacquelin Brewinton and the defendant Dane M. Shulman was fighting because the defendant was trying to take my contract from me.

10. I, Jacquelin Brewington do have a contract with Dane M. Shulman himself. The contract ia a Contingent Fee Agreement Contract with the defendant.

11. I, Jacquelin Brewington states that the fact is once the defendant Dane M. Shulman with his co-worker or whoever you would like to describe the defendants that was working with the defendant Dane M. Shulman once the defendant Dane M. Shulman got my head injury case he ran out on me.

12. Once the defendant Dane M. Shulman got my head injury case he try to play like he was going on a vaction and he had David M. McCarthy come into the case as if the defendant David M. McCarthy was my lawyer.

13. The defendant David M. McCarthy send me a letter telling me he was my lawyer and I pick up my telephone and called my mother to tell her that I got a letter from a David M. McCarthy stating he is a lawyer from the law office of Dane M. Shulman. I, Jacquelin Brewington still have that letter to this very day.

14. My mother told me to call David M. McCarthy and let him know that he is not my lawyer so I, Jacquelin Brewington called David M. McCarthy and told him he was not my lawyer and David M. McCarthy said he was handling the until Dane M. Shulman come off his vaction. I told David M. McCarthy that he was not my lawyer and I will wait until Dane M. Shulman come back.

15. Alright a few weeks passes by and the defendant David M. McCarthy send me another letter telling me to come to the office and I, Jacquelin Brewington pick the telephone and called David M. McCarthy telling that he was not my lawyer and to stop sending these letter. The defendant told me over the phone that Dane M. Shulman was back from vaction and wanted to see me and for me to bring all the letters and my picture to my head injury to a diffence office off and the defendant was at the office by himself and he was trying to take everything I had from me and the defendant was tricking me by tell ing me that Dane M. Shulman was back to get me to the office. This went on for a long while with David M. McCarthy. I was calling the law offices and I was very upset that David M. McCarthy was tricking me and fooling me as well as beating me up and taking all my thing from me.

16. I, Jacquelin Brewington was complainting for a few year to the Law Offices of Dane M. Shulman about what David M. McCarthy was doing to me and they office of Dane M. Shulman must had said something to David M. McCarthy because he stop sending me letter and calling me and that felt good.

17. I, Jacquelin Brewington had to change my telephone number because David M. McCarthy was calling all the times trying to get me to come to his office and once I change my telepe number David M. McCarthy was sending me a letter telling me that my telephone number was



17. (continue from page (2). The defendant stated that my telephone number was change and the defendant Dane M. Shulman could not get intouch wit me. So I gave the defendant David M. McCarthy my new telephone number so the defendants Dane M. Shulman could reach me.

18. Once I, Jacquelin Brewington gave the defendants David M. McCarthy my new telephone number to give to the defendants Dane M. Shulman the defendants gave my telephone number to the defendants Sheldon S. Ananian and that is when Sheldon S. Ananian started acting like he was my lawyer and that went on for years.

19. The defendants Sheldon S. Ananian was grabbing on and was trying to get me to not tell anyone that they the defendants was beating me up and taking my stuff from me.

20. Then I, Jacquelin Brewington recieved a telephone call from the defendants Richard E. Alpert telling me that he and the rest of the defendants was withdrawning from my case and for me to get another lawyer and the defendants send me a letter telling me that they had withdrawn from the case.

21. The defendants was out to take my head injury case from me the moment I came threw Dane M. Shulman office. I must state that the defendants were very good at what they was doing to me but as you can see I am a lot better then the defendants at what they are doing.

22. The defendants Dane M. Shulman did break the breach of a contract with me (3) three time and he must pay for what him and the defendants did to me.

23. To this very day I, Jacquelin Brewington did not recieve one penny from my head injury case.

24. I, Jacquelin Brewington know that the defendants have not treated me in the past and furture as a client I was treated not only unfairly but the defendants was very dishonest as well. I, Jacquelin Brewington feel that the defendants Dane M. Shulman et al, should have been cited for their acts. The defendants used the "CLAYTON ACT" as well as the Sherman Antitrust. The defendants all was using illegal tactics because they all knew I was hit in my head in a night club with a beer bottle.

25. Whether such person or the opposing party, or either party's representative, made motions or asserted claims or defenses so lacking in merit as to show that such party or representative acted intentionally for delay, or otherwise acted in bad faith;

26. Whether, in the course of the action involved, such person or the opposing party, or either party's representative, violated any applicable rule, statue or court order providing for sanctions for dilatory behavior or otherwise providing for expeditious proceeding; and

(continue from page 3)

27. Whether such person or the opposing party, or either party's representative, engaged in conduct primarily for the purpose of delaying the litigation or increasing the cost therof.

28. WHEREFORE, I, Jacquelin Brewington demands judgment against the defendants for damages and such other relief as this Court deems just.

29. I, Jacquelin Brewington demands that the defendants Dane M. Shulman et al, be put out of business for good.

30. I, Jacquelin Brewington demands that the defendants Dane M. Shulman et al pays me Jacqueline Brewington in the sum of $ 881.842.521 dollars for my pain and suffering.

31. I, Jacquelin Brewington demands that the Court step in and help me out in this matter.

32. I, Jacquelin Brewington demands a trial by jury.

Date 4-29-05

Signature *Jacquelin Brewington*
Name Jacquelin Brewington
Address P.O. BOX 2932
LYNN, MASS. 01903
Telephone 1-781-596-3871

Respectfully, Submitted

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JACQUELINE M. BREWINGTON
    PLAINTIFF


       V                                   CIVIL ACTION NO.
                                           03-00914-E


DANE M. SHULMAN, ET AL
    DEFENDANTS


## THE REASON WHY MY CASE IS BEING FILED IN THIS FEDERAL COURT IS:


1. I, Jacqueline M. Brewington know for a fact that the defendants Dane M. Shulman, et al have set out to robb me for my head injury case and I did not receive one penny from the defendants, Dane M. Shulman, Et AL.


                             Respectfully, Submitted

# WAIVER OF SERVICE OF SUMMONS

ATTACHMENT 8

TO: __Jacquelin M. Brewington__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __DANE M. Shulman ET AL__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Brewington -V- Shulman ET AL__
(CAPTION OF ACTION)

which is case number __03-0914-E__ in the United States District Court
(DOCKET NUMBER)

for the __United States__ District of __Massachusetts__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __4-30-2005__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__April-28-2005__                   __Jacquelin M. Brewington__
(DATE)                              (SIGNATURE)

Printed/Typed Name: __Jacqueline M. Brewington__

As __Brewington__ of __Shulman ET AL__
   (TITLE)              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Jacquelin M. Brewington
P.O. Box 2932 Lynn, MA 01903

**DEFENDANTS**
Dane M. Shulman, et, al.
1596 Blue Hill Ave.
Mattapan, MA, 02126-9100
P.O. Box 269100

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Suffolk, ss
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Suffolk, ss
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Jacquelin M. Brewington
P.O. Box 2932 Lynn, MA. 01903
1-781-596-3871

**ATTORNEYS (IF KNOWN)**
05 10934
Yes

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] | [X] | Incorporated or Principal Place of Business in This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[X] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [X] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 161 Medicare Act | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [X] 690 Other | | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [X] 195 Contract Product Liability | [X] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / HABEAS CORPUS: | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | [X] 790 Other Labor Litigation | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [X] 245 Tort Product Liability | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [X] 871 IRS – Third Party 26 USC 7609 | [X] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [X] 550 Civil Rights | | |
| | | [ ] 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
The defendants, Dane M. Shulman, et, al. beat me Jacquelin M. Brewington up & took my head injury case and ran off.

**VII. REQUESTED IN COMPLAINT:**
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 881,842,521
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
Yes
JUDGE Fabricant
DOCKET NUMBER 03-0914-E

DATE April-27-2005
SIGNATURE OF ATTORNEY OF RECORD Jacquelin M. Brewington

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Jacquelin M. Brewington -v- Dane M. Shulman, et, al.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ✓   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   Brewington -v- Shulman, et, al.  03-0914-E

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   (YES) / NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   (YES) / NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   (YES) / NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   (YES) / NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   (YES) / NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION    (CENTRAL DIVISION)    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Jacquelin M. Brewington
ADDRESS  P.O. Box 2932 Lynn, MASS. 01903
TELEPHONE NO.  1-781-596-3871

(Cover sheet local.wpd - 11/27/00)