UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON,
    Plaintiff,

v.     Civil Action No. 05-10934-WGY

DANE M. SHULMAN, ET AL.,
    Defendants

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☒    The Clerk shall not issue summonses at this time pending further review of this case pursuant to 28 U.S.C. § 1915.

SO ORDERED.

May 10, 2005           /s/ William G. Young
DATE                    WILLIAM G. YOUNG
                            CHIEF, UNITED STATES DISTRICT JUDGE