UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



JACQUELINE M. BREWINGTON,
        Plaintiff,

.v.                              Civil Action NO.
                                  05-10934-WGY

DANE M. SHULMAN, ET AL.,
        Defendants

---

JACQUELINE M. BREWINGTON
        Plaintiff,

.v.                              Civil Action NO.
                                  05-10935-REK

DONALD E. GREEN & ANNETTE HILL
GREEN, ET AL.,
        Defendants

## APPEALS

1. I, Jacqueline M. Brewington the plaintiff was and is entitled to the verdict. I, Jacqueline M. Brewington feels that the judge was unfair. The instructions was not giving to me the plaintiff, Jacqueline M. Brewington with the law covering the rights of both parties.

2. Yes, I, Jacqueline M. Brewington would states that bias and prejudice did intervene to cause all unfair results. The judge used alleges and dismissed about the same many time. The Court finding the Court lacked subject matter jurisdiction over the plaintiff's claims. What part of no judges was suppose to be in that jurisdiction but as you can see somehow you are in my jurisdiction and can not tell me what the defendants are doing in that home.

3. The defendants Donald E. Green & Annette Hill Green, et al are the one that broke into my home with the rest of the defendants.

UNITED STATES DISRTICT COURT
DISTRICT OF MASSACHUSETTS


JACQUELINE M. BREWINGTON,
        Plaintiff,

.v.                                               Civil Action NO.
                                                  05-10934-WGY

DANE M. SHULMAN, ET AL.,
        Defendants

---

JACQUELINE M. BREWINGTON
        Plaintiff,

.v.                                               Civil Action NO.
                                                  05-10935-REK

DONALD E. GREEN & ANNETTE HILL
GREEN, ET AL.,
        Defendants


## APPEALS

1. I, Jacqueline M. Brewington would like to appeals the cases on my Civil Action NO. 05-10934-WGY and Civil Action NO. 05-10935-REK I, Jacqueline M. Brewington would like for the Court to allow me to appeals my cases. Thank you for your attention to this matter.

DATE: June-17-2005

Signature: Jacqueline M Brewington
Name: Jacqueline M. Brewington
Address: P.O. Box 2932
         LYNN, MASS. 01903
Telephone: 1-781-596-3871