# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10934

Jacqueline M. Brewington

v.

Dane M. Shulman, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the copies of the original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/6/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10934-WGY

Brewington v. Shulman et al
Assigned to: Chief Judge William G. Young
Cause: 42:1983 Civil Rights Act

Date Filed: 04/29/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jacqueline Brewington**     represented by     **Jacqueline Brewington**
Apt. 3
P.O Box 2932
Lynn, MA 01903
781-596-3871
PRO SE

V.

**Defendant**

**Dane M. Shulman**

**Defendant**

**David M. McCarthy**

**Defendant**

**Sheldon S. Ananian**

**Defendant**

**Richard E. Alpert**

**Defendant**

**Judge Kelly**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Sheldon S. Ananian.(Jenness, Susan) (Entered: 05/06/2005) |
| 04/29/2005 | 2 | COMPLAINT against Dane M. Shulman, David M. McCarthy, Sheldon S. Ananian, Richard E. Alpert, Judge Kelly Filing fee: $ 0.00, receipt number 0.00, filed by Jacqueline Brewington. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 05/06/2005) |
| 04/29/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 05/06/2005) |
| 05/10/2005 | 3 | Judge William G. Young : ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES entered, granting 1 Motion for Leave to Proceed in forma pauperis: The Clerk shall not issue summonses at this time pending further review of this case pursuant to 28 USC sec. 1915. (Greenberg, Rebecca) (Entered: 05/11/2005) |
| 05/10/2005 |  | Judge William G. Young :Electronic ORDER entered (endorsed on docket #2):"This purported assault and legal malpractice action fails to state a claim cognizable under federal law. It shall therefore be dismissed unless, within 45 days of the date of this order the plaintiff shall show cause why federal jurisdiction exists." (Greenberg, Rebecca) (Entered: 05/11/2005) |
| 06/17/2005 | 4 | NOTICE OF APPEAL (Exhibits not scanned) as to Order, by Jacqueline Brewington. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of |

|  |  | Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/7/2005. (Folan, Karen) (Entered: 07/01/2005) |