```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

JACQUELINE M. BREWINGTON,
          Plaintiff,

    v.                    Civil Action No. 05-10934-WGY

DANE SHULMAN, ET AL.,
          Defendants

<u>ORDER FOR DISMISSAL</u>

YOUNG, C.J.

    In accordance with the Memorandum and Order dated July 12, 2005 (#7), directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed.

                                         <u>/s/ Elizabeth Smith</u>
                                         Deputy Clerk
July 13, 2005